# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 2 1 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 2:16 Cm 69 |
| INFORMATION ASSOCIATED WITH FACEBOOK USER ID #100012844817209 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Western_____ District of _____Arkansas_____ *(identify the person or describe property to be searched and give its location)*: See "Attachment A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: See "Attachment B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of _____18_____ U.S.C. § _____2252_____ , and the application is based on these facts: See "Attachment C"

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Earl Cranor, Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/21/16__

_____
*Judge's signature*

City and state: Fort Smith, Arkansas

MARK E. FORD, U.S. MAGISTRATE JUDGE
*Printed name and title*

ATTACHMENT C

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

STATE OF ARKANSAS          :
                                      :
                                      :        ss.   **A F F I D A V I T**
                                      :
COUNTY OF SEBASTIAN

### Affidavit in Support of Application for Search Warrant

I, Earl A. Cranor, being duly sworn, depose and state as follows:

1.      Earl Cranor, am a Special Agent with the United States Immigration and Customs Enforcement (ICE), currently assigned to the Special Agent in Charge of New Orleans, Louisiana, Fort Smith, Arkansas District Office, have been employed with ICE since November 2008. Prior to my employment with ICE, I served as a Parole/Probation Officer for seven years assigned to the Faulkner County Parole Office, located in Conway, AR. During the course of my employment as an ICE Special Agent and a Parole/Probation Officer, I have participated in and conducted investigations regarding criminal violations of child exploitation and child pornography including violations pertaining to the illegal production, distribution, transportation, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of search warrants and arrest warrants, a number of which involved child exploitation

1

and/or child pornography offenses. This affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2.    I am currently investigating the activities of the Facebook User Name "**Justin WILCOX**", with Screen/User name: "**jason.will.7359**", with listed USER ID#: "**100012844817209**".   As it will be shown below, there is probable cause to believe that **Justin WILCOX** (HEREINAFTER **WILCOX**), did use the Facebook Account of **"Justin WILCOX"**, with USER ID#: 100012844817209, in violation of Title 18, United States Code, Sections Section 2252A(a)(2) and (b)(1). I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.   The information to be searched is described in the following paragraphs and in Attachment A.   This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID "**100012844817209**". Your affiant is requesting any and all information and stored communications related to the account of "**Justin WILCOX**", with USER ID#: 100012844817209, including any images, videos, and I.P. addresses/logs associated with said accounts and the contents thereof.

3.    The statements in this affidavit are based in part on information provided by the Homeland Security Investigations, the Internet Crimes Against Children Taskforce, and my own investigation of this matter.   Since this affidavit is being submitted for the limited purpose of

2

securing a search warrant, I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of Title 18, United States Code, Sections 2252 et. seq., are presently located at the Premises.

### Statutory Authority

4.      This investigation concerns alleged violations of Title 18, United States Code, Sections 2252A(a)(5)(B), knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

### Probable Cause

5.      On October 21, 2016, the Internet Crimes Against Children (ICAC) Task Force received cyber tip (reference number 14383611) from the National Center for Missing and Exploited Children (NCMEC). The cyber-tip originated from Facebook.com, which reported the uploading of a suspected image of child pornography from a specific Facebook account user.

Specifically, the cyber tip states that on September 1, 2016 at 09:02:24 UTC, Facebook.com reported an image uploaded entitled, "root-request-tempfilesa863angwvsowosoo14171998_163934290711397_188674029_n.jpg",   which depicts a prepubescent male child approximately 7-10 years of age with the camera focused on his genitals.

The child has no clothing on and the photo is from the abdomen to the knees. The focal point of the image is of the minor's penis. This image was uploaded to the Internet via Facebook.com, a social networking site by the Facebook account **"Justin WILCOX", with Screen/User name: "jason.will.7359", with listed USER ID#: "100012844817209"**.

6.      Within the information provided in the cyber tip, Facebook included account information provided by the user, **"Justin WILCOX", with Screen/User name: "jason.will.7359", with listed USER ID#: "100012844817209"** with a phone number of **"14797829598"** associated to this account. The phone number is linked to Leon and Sybil Warrick, 540 Belle Ave, Fort Smith, AR 72901. Also, provided by Facebook.com was a date of birth for this particular user, "8-21-97". This date of birth is closely associated to Justin WILCOX, at 820 N. 16th, Fort Smith, AR 72901, with a date of birth of 8-22-97 and Social Security number 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. Furthermore, Justin WILCOX and Sybil Warrick have commons "friends" on Facebook.

## TECHNICAL BACKGROUND

7.      Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.   Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

8.      Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.   This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.   Facebook

also assigns a user identification number to each account.

9.      Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.   Facebook assigns a group identification number to each group.   A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."   If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.   Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

10.      Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.   By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.   A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.   Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

11.      Facebook users can create profiles that include photographs, lists of personal interests, and other information.   Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.   Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.   In addition, Facebook users can "check in" to particular locations or add their geographic locations to their

Facebook posts, thereby revealing their geographic locations at particular dates and times.   A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

12.    Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video.   It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video.   When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.   For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

13.    Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.   In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook.   These chat communications are stored in the chat history for the account.   Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

14.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account. Facebook has a "like" feature that

allows users to give positive feedback or connect to particular pages.   Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites.   Facebook users can also become "fans" of particular Facebook pages.

15.    Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

16.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.   The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.   The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

17.    Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

18.    The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.   Gifts cost money to purchase, and a personalized message can be attached to each gift.   Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

19.    Facebook also has a Marketplace feature, which allows users to post free classified ads.   Users can post items for sale, housing, jobs, and other items on the Marketplace.

20.    In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.   When a Facebook user accesses or uses one of these applications, an update about that the user's access or

use of that application may appear on the user's profile page.

21.     Some Facebook pages are affiliated with groups of users, rather than one individual user.   Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter.   Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group.   Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

22.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.   The "Neoprint" for a given user can include the following information from the user's profile:   profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

23.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.   For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

24.    Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).   In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.   Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

25.    As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.   In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.   This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.   For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.   Further, Facebook account activity can show how and when the account was accessed or used.   For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.   By determining the physical location associated with the logged IP

9

addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

26.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

27.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require FACEBOOK to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized

persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

28.     Based on the aforementioned factual information, and my training and experience, your affiant respectfully submits that there is probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ Sections 2252A(a)(5)(B) are located on the computer systems in the control of Facebook.

29.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

30.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

31.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.   These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.   Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Earl A. Cranor
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
on _11/21/16_____ :

MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

12

## ATTACHMENT A

### Property to Be Searched

This warrant applies to any and all information associated with the Facebook user ID "100012844817209" or referenced by

**Justin WILCOX, with Screen/User name: "jason.will.7359",** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California for the time period of January 1, 2016 until Present.

13

**ATTACHMENT B**

Particular Things to be Seized

I.      Information to be disclosed by Facebook.

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)      All contact and personal identifying information, including for user ID # : **"100012844817209"**: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Also, for group IDs: group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.

(b)      All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)      All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)      All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends'

14

Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of

15

actions taken.

## II.   Information to be seized by the government

1.      All information described above in Section I, including correspondence, records,

documents, photographs, videos, electronic mail, chat logs, and electronic messages that

constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2252, including, for

each account or identifier listed on Attachment A, information pertaining to the following

matters:

        a.      U.S. citizens and permanent residents traveling in interstate or foreign commerce

for the purpose of engaging in any illicit sexual conduct as defined in 18 U.S.C. § 2423(f);

        b.      U.S. citizens and permanent residents traveling in foreign commerce and engaging

in any illicit sexual conduct as defined in 18 U.S.C. § 2423(f);

        c.      Anyone arranging, inducing, procuring, or facilitating the travel of a person

knowing that such a person is traveling in interstate or foreign commerce for the purpose of

engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f); or

        d.      Any person employing, using, persuading, inducing, enticing, or coercing a minor

or purported/suspected minor , or any other person, to engage in, or assist another person to

engage in, any sexually explicit conduct.

2.      Credit card and other financial information including but not limited to bills and payment

records;

3.      Evidence indicating how and when the Facebook account was accessed or used, to

determine the chronological and geographic context of account access, use, and events relating to

16

the crime under investigation and to the Facebook account owner;

4.      Evidence of who used, owned, or controlled each account or identifier listed on Attachment A;

4.      Evidence of the times each account or identifier listed on Attachment A was used;

5.      The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s)

17